AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Joshua Champion and Trent Alvord<br><br>*Plaintiff(s)*<br>v.<br>Hameet Sethi, Jon Reyes, DeShawn Tavilla, Jessie Sotomayor, and Andrew Zamora<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:22-cv-01355-MHB<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jessie Sotomayor
6528 Mundo Dr
Waco, TX 76712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy L. Bennecoff Ginsburg (034423)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
efilings@ginsburglawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk*

ISSUED ON 6:30 am, Aug 29, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:22-CV-01355-MHB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JESSIE SOTOMAYOR** was recieved by me on **8/31/2022**:

[X]  I personally served the summons on the individual at **6528 MUNDO DRIVE, WACO, TX 76712** on **09/06/2022**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)* ; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and $ 69.00 for services, for a total of $ 69.00.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Donnie Tidmore**
*Printed name and title*

8907 Rolling Green Circle
Woodway, TX 76712

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to JESSIE SOTOMAYOR with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.




Tracking #: 0092871450